IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROSHIEKA CLAY,<br><br>    Plaintiff,<br><br>v.<br><br>LARK LLC d/b/a ONTRACK STAFFING; DOREL HOME FURNISHINGS, INC.; and RICARDO REID,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-95 |

**O R D E R**

On October 7, 2024, the Court administratively closed this action as the case had settled. (Doc. 58.) Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees. (Doc. 59.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 25th day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA